UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAN A. MATTILA,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>PINNACLE CREDIT SERVICES, LLC, *et al.*,<br><br>　　　　　Defendant(s). | Case No. 2:10-cv-0558-RLH-PAL<br><br>**O R D E R**<br>(Motion for Good Faith Settlement–#13) |

　　　　Before the Court is Defendant National Action Financial Services' Motion for Good Faith Settlement (#13, filed July 23, 2010). Also filed by the movant is a Notice of Non-Opposition (#14) to its motion, filed August 25, 2010.

　　　　Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995). The United States Supreme Court itself has upheld the dismissal of a matter for failure to respond under the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

　　　　Furthermore, the presentation in the motion, which the Court incorporates herein, *in hac verba*, provides good and sufficient reason to grant the motion and pronounce the settlement between Plaintiff and Defendant National Action Financial Services is made in good faith.

IT IS THEREFORE ORDERED that Defendant National Action Financial Services' Motion for Good Faith Settlement (#13) is GRANTED, and the settlement is hereby declared to be made in good faith.

Dated: August 31, 2010.

_____
Roger L. Hunt
Chief United States District Judge